No. 64910.—Lansen-Naeve Corp. and Hermann Scheler et al. *v.* United States, protests 58/4548, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed

upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the items of merchandise were held dutiable as follows: (a) All items except such items as were imported from the Soviet Zone of Germany and entered, or withdrawn from warehouse, for consumption after August 31, 1951, at 10 percent under said paragraph 1547(a), as modified, *supra*; and (b) all items imported from the Soviet Zone of Germany and entered, or withdrawn from warehouse, after August 31, 1951, at 20 percent under paragraph 1547(a) of the tariff act.